IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GREGORY WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cv-00663 |
| | ) | JUDGE HAYNES |
| WAFFLE HOUSE, INC., | ) | |
| | ) | |
| Defendant, | ) | |

**ORDER**
This motion is DENIED without prejudice to renew if disputes have not been resolved within 10 days of the date of this Order.
[signature]
3-11-14

## DEFENDANT MID SOUTH WAFFLES, INC.'S MOTION TO COMPEL

Defendant, Mid South Waffles, Inc.,[1] ("Defendant"), hereby moves, pursuant to Federal Rules of Civil Procedure 34 and 37, to compel Plaintiff Gregory Wright ("Plaintiff") to provide complete responses to Defendant's First Set of Interrogatories ("Interrogatories") and First Set of Requests for Production of Documents ("Requests for Production"). In support of this Motion, Defendant has contemporaneously filed its Memorandum of Law.

WHEREFORE, Defendant moves this Court for an Order compelling Plaintiff to provide responses to Defendant's Interrogatories and Requests for Production within two (2) business days from entry of the Court's Order granting this Motion and for an award of Defendant's attorneys' fees incurred in filing this Motion.

---

[1] Plaintiff was employed by Mid South Waffles, Inc. d/b/a Waffle House, Inc., which is the correct defendant in this action instead of Waffle House, Inc.