IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| GREGORY WRIGHT, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 3:13-cv-00663 |
| | ) Chief Judge Haynes |
| WAFFLE HOUSE, INC., | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Plaintiff's notice of voluntary dismissal without prejudice of all claims pending in this action. (Docket Entry No. 29). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED without prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

This is the Final Order in this action.

ENTERED this the 13th day of May, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge